UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:

    Mary Lou Chatterton

    Chapter 13 Debtor

Case No. 19-36843-CGM

Chapter 13

Honorable Cecelia G. Morris

----------------------------------------------------------------X

## DECLARATION OF MARY LOU CHATTERTON IN SUPPORT OF APPLICATION TO SELL REAL PROPERTY AND TO PAY PROFESSIONALS

**MARY LOU CHATTERTON**, of full age, declares as follows under penalty of perjury and in accordance with 28 U.S.C. §1746.

1. I am an individual resident of the State of New York and the Debtor in the within matter.

2. As such, I have personal knowledge of the facts set forth in this Declaration which I make in support of my motion seeking to sell real property located at 414 Woodland Drive, Olivebridge, New York and to pay my professionals in connection therewith.

3. I filed the within action on November 15, 2019 through the offices of Francis J. O'Reilly, my former counsel.

4. I have determined that it would be better for me overall for me to sell the property in question as I have accepted a position in Albany and need to move for that position. Remaining in Ulster County and working in the Capitol Region would not be feasible.

5. My bankruptcy counsel, Scott Goldstein, has filed an application to retain each of my real estate counsel and my realtor and I am asking that this Court permit those professionals to be paid at the time of closing.

6. My realtor has obtained a buyer for the Property, who is a stranger to me and has obtained a contract of sale in the amount of $325,000.00. This was accepted after an arms-length negotiation.

7. To date, I have paid the Chapter 13 Trustee $16,575.00. The total claims in my case are $147,270.79, including $111,138.63 in secured claims, $6473.49 in priority tax claims and $29,658.67 in general unsecured claims. I have been paying my post-petition mortgage payments. The proposed sale price is $325,000.00 which will after approximately 10% closing costs, leave me with $292,500.00 in net proceeds before paying the mortgages. Assuming that the mortgages are paid at the time of closing, the remaining balance to the Trustee with counsel fees (assumed at a generous $10,000) would be $61,859.23. The net proceeds assuming that the secured claims are paid at their stated amounts, would be $180,861.37. In order to pay remaining claims, the trustee would need and additional $45,284.23, leaving a surplus to me of $135,577.14 after accounting for the $16,575 already paid to the Trustee. This would result in a 100% payment of all claims filed in this case.

8. I am asking the Court to (1) authorize the sale of the Property, (2) allow the payment of my professionals at closing and (3) authorize me to receive $100,000 from the proceeds at closing with the remainder to go to the Trustee to pay all remaining non-secured claims. This will allow me to pay my Chapter 13 plan in full and still have money to move to the Capitol Region and take up my new job.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION. I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: July 15, 2021

/s/Mary Lou Chatterton

MARY LOU CHATTERTON